

RECEIVED

SEP 1 1 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

COURTLAND TATUM,                         CIVIL ACTION NO. 1:12-CV-02670

    Plaintiff

VERSUS

NATCHITOCHES SHERIFF'S                   JUDGE TOM STAGG
DEPARTMENT,                              MAGISTRATE JUDGE JAMES D. KIRK
    Defendant

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the motion to dismiss (Doc. 14) is GRANTED and Tatum's action against the Natchitoches Sheriff's Department is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 10th day of Sept, 2013.

JUDGE TOM STAGG
UNITED STATES DISTRICT JUDGE