RECEIVED

SEP - 5 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

COURTLAND TATUM            CIVIL ACTION NO.: 1:12-cv-2670

VERSUS

SHERIFF'S DEPT. NATCHITOCHES      JUDGE TOM STAGG
PARISH, ET AL.                    MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that the City of Natchitoches motion for summary judgment (Doc. 42) is GRANTED and all claims against it are DISMISSED with prejudice.

IT IS FURTHER ORDERED that the Natchitoches Parish Detention Center's motion to dismiss (Doc. 45) is GRANTED and all claims against it are DISMISSED with prejudice.

IT IS FURTHER ORDERED that the motion for summary judgment filed by Etheredge and Quick is GRANTED (Doc. 47) and all claims against it are DISMISSED with prejudice.

IT IS FURTHER ORDERED that all claims against Judge Hawthorne are DISMISSED with prejudice.

1

All claims against all parties have now been dismissed. Therefore, the Clerk of Court is instructed to close the case.

THUS DONE AND SIGNED at Shreveport, Louisiana on this 4th day of September, 2014.

*Tom Stagg*
UNITED STATES DISTRICT JUDGE